FILED

2017 APR 20 PM 2: 16

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TAQUAN RAHSHE GULLETT-EL,

    Petitioner,

v.    Case No.: 3:17-cv-472-J-32MCR

KIM LEE WATSON, et al.

    Respondents.
_____/

## NOTICE OF REMOVAL

**TO:  THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

PLEASE TAKE NOTICE that respondents United States Marshals Service, United States Probation and Pretrial Services, United States Attorney's Office, and United States Department of Justice (collectively, "United States") hereby remove the case captioned, <u>Taquan Rahshe Gullett-El v. Kim Lee Watson, et al.</u>, No. 16-2017-CA-2142 (Fla. 4th Cir. Ct. 2017), to the United States District Court, Middle District of Florida. In support thereof, the United States shows as follows:

    1.    On April 3, 2017, petitioner Taquan Rahshe Gullett-El filed a "Declaration and Petition for Common Law Prejudgment Writ of Personal Replevin," which was docketed as a complaint. The United States (through the United States Marshals Service, United States Probation and Pretrial Services, United States Attorney's Office, and United States Department of Justice) was named a respondent.

    2.    The United States has not been served.

3. This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1346(b)(1) and 1361.

4. Removal is authorized, pursuant to 28 U.S.C. §§ 1441(a) and 1442(a)(1).

5. Pursuant to Rule 4.02 (b), Local Rules, Middle District of Florida, a copy of the contents of the Circuit Court docket is attached hereto as **Exhibit A**.

6. Removal is timely, pursuant to 28 U.S.C. § 1446(b).

7. A copy of this Notice will be filed with the Clerk of the Fourth Judicial Circuit Court, Duval County, Florida, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, defendant United States hereby removes the case captioned, Taquan Rahshe Gullett-El v. Kim Lee Watson, et al., No. 16-2017-CA-2142 (Fla. 4th Cir. Ct. 2017), to the United States District Court, Middle District of Florida, pursuant to 28 U.S.C. §§ 1441(a) and 1442(a)(1).

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney

By: /s/ Sean P. Flynn
SEAN P. FLYNN
Deputy Chief, Civil Division
Assistant United States Attorney
Florida Bar No. 0112914
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6200
sean.flynn2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Removal has been mailed this 20th day of April, 2017, to:

Taquan Rahshe Gullett-El
6722 Arlington Expressway, Suite 67213
Jacksonville, FL 32211

_____
SEAN P. FLYNN
Assistant United States Attorney